UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
KENT SINGER; THOMAS NOLLNER; and
JONATHAN DECKER,

                Plaintiffs,

       v.                                       No. 1:09-CV-690-DNH-DRH

CHRISTOPHER C. FERRO, in his individual
capacity; JON BECKER, in his individual capacity;
PAUL J. VAN BLARCUM, in his individual
capacity; JAMES R. HANSTEIN, in his individual
capacity; FRANK FALUOTICO, in his individual
capacity; and COUNTY OF ULSTER,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

       Pursuant to the oral decision of the court, entered into the record after hearing oral argument on June 2, 2010, in Utica, New York, it is hereby

       ORDERED that defendants' motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) is DENIED.

       IT IS SO ORDERED.

_____
United States District Judge

Dated: June 2, 2010
       Utica, New York